UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRERET MARINE SUPPLY, a division of FRERET HARDWARE, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-3805-LMA-SS** |
| **M/V ENCHANTED CAPRI, in rem** | |

**ORDER**

The Court, after considering the record and the Magistrate Judge's Report and Recommendation, and finding that as of this date no party filed an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that within thirty (30) days of the date of this order Poynter, Mannear & Colomb (APLC) and Dodson & Hooks (APLC) (collectively referred to as the "Dodson Group") shall deliver the sum of $25,951.02 to the International Transport Workers Federation in London, England ("ITF") with all available identification on the remaining 38 seafarers; and at the time of delivery the Dodson Group shall secure the ITF's written acceptance of the following conditions:[1]

1. The funds shall be held in trust by the ITF for the benefit of the individual seafarers and their families only.

2. The funds shall be disbursed directly to the seafarers upon their order.

3. The funds shall be held at interest for the seafarers.

---

[1] The written acceptance shall be filed in the court record.

4. The funds shall be held in perpetuity for the benefit of only the individual seafarer and his or her family.

5. The ITF shall publicize, at its own expense through its own publications, the fact that there are settlement funds held for the former crew members of the MV Enchanted Capri and that those seafarers shall be strongly encouraged to contact the ITF in London in order to collect their funds. This final requirement shall be published in the language of the individual seafarer's home country.

New Orleans, Louisiana, this _____6th_____ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE